UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TIMOTHY DARNELL McKINSTRY,

      Defendant.
_____/

Case No. 1:07:CR:249-05

HON. GORDON J. QUIST

**ORDER**

    The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

    THEREFORE, IT IS ORDERED that:

    1.    The Report and Recommendation of the Magistrate Judge filed December 10, 2007, is approved and adopted as the Opinion and Findings of this Court.

    2.    Defendant Timothy Darnell McKinstry's plea of guilty to Count One of the Indictment is accepted. Defendant Timothy Darnell McKinstry is adjudicated guilty and bond will be revoked at the time of reporting.

    3.    Defendant Timothy Darnell McKinstry shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Thursday, January 10, 2008**. Defendant Timothy Darnell McKinstry shall be detained pending sentencing.

    4.    A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: January 2, 2008                              /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE